IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TEDDY S. WILLIAMS,

        Petitioner,                  No. CIV S-06-1163 GGH P

    vs.

EDWARD S. ALAMEIDA, JR.,

        Respondent.            FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, proceeding pro se, has apparently attempted to file a petition pursuant to 28 U.S.C. §2254. In this document, petitioner sets forth a number of nonsensical comments, including: "Madonna! Who me? Ok yes you" ; "Attention: Ladies on Jerry Talk Show"; "Hillary !!! Hillary !!! Hillary !!!"[1] Petition, p. 1. While unclear, petitioner also appears to assert that he was convicted of cocaine possession, which he asserts actually may have been "trail mix." Petition, p. 2. In this garbled putative petition, the only discernible relief sought is that the court require prison officials "to immediately answer all pending 602's," which appeals he in no way coherently describes and which, in any event, is a wholly inappropriate request in the context of a petition for writ of habeas corpus. Petition, p. 8.

---

[1] Petitioner has also failed to file an in forma pauperis affidavit or to pay the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a).

1

1  Rule 4 of the Rules Governing Section 2254 Cases in the United States District
2  Courts requires the court to dismiss a petition "[i]f it plainly appears from the petition and any
3  attached exhibits that the petitioner is not entitled to relief in the district court...." This
4  application is one warranting such summary dismissal.
5  Accordingly IT IS RECOMMENDED that the petition be summarily dismissed,
6  pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District
7  Courts.
8  These findings and recommendations are submitted to the United States District
9  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty
10 days after being served with these findings and recommendations, petitioner may file written
11 objections with the court. Such a document should be captioned "Objections to Magistrate
12 Judge's Findings and Recommendations." Petitioner is advised that failure to file objections
13 within the specified time may waive the right to appeal the District Court's order. Martinez v.
14 Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: 11/7/06

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
will1163.fr